**SIMMS·SHOWERS LLP**
INTERNATIONAL PRACTICE. PERSONAL COMMITMENT.

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM
443.290.8704

April 20, 2023

**BY CM/ECF**

Hon. Richard D. Bennett
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21030

      Re:  **1:22-cv-01592-RDB Jezign Licensing, LLC v. L.T.D. Commodities, LLC** *et al*

Dear Judge Bennett:

      We write for defendant BB Brand Holdings.

      Plaintiff Jezign has agreed that defendant BB Brand Holdings may have an extension to and including Friday, May 19, 2023 to answer or respond to the first amended complaint.

      Jezign and BB Brand respectfully request the Court to approve this extension.

                                                     Respectfully Submitted,

                                                     J. Stephen Simms

Copy to All Record Counsel, by CM/ECF