IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEZIGN LICENSING, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>BB BRAND HOLDINGS, LLC, ET AL.,<br><br>*Defendants*. | Case No. 1:22-cv-01592-RDB |

## NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY

**TO THE CLERK OF THE COURT**:

**PLEASE TAKE NOTICE** that, on April 11, 2023, AmeriMark Interactive, LLC and certain of its affiliates, including Defendant L.T.D. Commodities LLC, (collectively, the "Debtors")[1] filed voluntary petitions (the "Chapter 11 Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  Pursuant to an order of the Bankruptcy Court, all cases are being jointly administered under Case No. 23-10438 (TMH) (Bankr. D. Del.).  As of the date hereof, the Debtors' chapter 11 cases remain pending.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362 of the Bankruptcy Code, upon the filing of the Chapter 11 Petitions, an injunction was placed into effect, which automatically stays, among other things, (i) the commencement or continuation of any judicial,

---

[1] The Debtors in the chapter 11 cases are: AmeriMark Interactive, LLC, AmeriMark Intermediate Sub, Inc., AMDRL Holdings, Inc., AmeriMark Intermediate Holdings, LLC, AmeriMark Direct, LLC, Dr. Leonard's Healthcare, LLC, and L.T.D. Commodities LLC.

administrative or other action or proceeding against the Debtors that was, or could have been, commenced before the filing of the Chapter 11 Petitions, or (ii) any act to obtain possession or of exercise control over property of the Debtors' estates.

Dated: April 27, 2023                              NEAL, GERBER & EISENBERG LLP

 

By:    /s/William J. Lenz
       William J. Lenz
       wlenz@nge.com

Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
Telephone:     (312) 269-8000
Facsimile:     (312) 269-1747

Attorneys for Defendant
L.T.D. COMMODITIES LLC