# SIMMS·SHOWERS LLP
INTERNATIONAL PRACTICE. PERSONAL COMMITMENT.

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM
443.290.8704

May 17, 2023

**BY CM/ECF**

Hon. Richard D. Bennett
United States District Court for the
  District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21030

    Re:  **1:22-cv-01592-RDB Jezign Licensing, LLC v. L.T.D. Commodities, LLC** *et al*

Dear Judge Bennett:

    We write for defendant BB Brand Holdings.

    Plaintiff Jezign has agreed that defendant BB Brand Holdings may have a further extension to and including Monday, June 19, 2023, to answer or respond to the first amended complaint.

    Jezign and BB Brand respectfully request the Court to approve this extension.

                                        Respectfully Submitted,

                                        J. Stephen Simms

Copy to All Record Counsel, by CM/ECF